UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN BROWN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-04907-JPH-MJD |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**Order Directing Further Proceedings**

The Court previously appointed counsel to represent the petitioner because he brought a claim based on *Rehaif v. United States*, 139 S. Ct. 2194 (2019). Dkt. 6. Counsel was directed to review the petitioner's motion and file an amended § 2255 motion, file a stipulation, or withdraw. *Id.* Counsel withdrew, dkt. 10, but additional counsel was appointed. Accordingly, counsel shall **through December 7, 2020,** to take one of the steps outlined above.

**SO ORDERED.**

Date: 11/10/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Distribution:

William Lance McCoskey
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
william.mccoskey@usdoj.gov

Terry Wayne Tolliver
BRATTAIN MINNIX GARCIA
Terry@BMGIndy.com